# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L. | US Circuit Court of Appeals, District of Columbia Circuit | 07/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination Date   ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate ▮▮▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Wells Fargo Bank Account | | None | K | T | | | | | |
| 2.  Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3.  First Citizens Account | A | Interest | M | T | | | | | |
| 4.  Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 5.  **Suntrust Cash Account | A | Dividend | M | T | | | | | |
| 6.  Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 7.  Morgan Stanley Account Contains: | | | | | | | | | |
| 8.  **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 9. | A | Dividend | | | | | | | |
| 10.  **AT&T Inc,: Common | B | Dividend | K | T | | | | | |
| 11.  **NCR Corp: Common | | None | J | T | | | | | |
| 12.  **Teradat Corp: Common | | None | J | T | | | | | |
| 13.  **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 14.  IRA: Morgan Stanley Contains: | | | | | | | | | |
| 15.  **AT&T Inc: Common | C | Dividend | L | T | | | | | |
| 16.  **Citgroup Inc,: Common | A | Dividend | J | T | | | | | |
| 17.  **Intl Business Machines Corp,: Common | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | **NCR Corp.: Common | | None | J | T | | | | | |
| 19. | **Teradata Corp: Common | | None | J | T | | | | | |
| 20. | **Morgan Stanley Cash Accounts | A | Int./Div. | L | T | | | | | |
| 21. | **Travelers Companies: Common | A | Dividend | K | T | | | | | |
| 22. | Merrill Lynch Account (Y) | | | | | | | | | |
| 23. | **Merrill Lynch Cash Accounts (Y) | | | | | | | | | |
| 24. | Merrill Lynch IRA Contains: | | | | | | | | | |
| 25. | **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 26. | **Marathon Oil Corp: Common | A | Dividend | K | T | | | | | |
| 27. | **Marathon Petroleum: Common | D | Dividend | M | T | | | | | |
| 28. | **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 29. | Wells Fargo Rollover IRA Contains: | | | | | | | | | |
| 30. | **Wells Fargo PT Money Market Fund A | D | Interest | O | T | | | | | |
| 31. | Stanley Black & Decker Corp: Common (Y) | | | | | | | | | |
| 32. | Bank America Corp: Common (Y) | | | | | | | | | |
| 33. | The Boeing Co: Common (Y) | | | | | | | | | |
| 34. | Campbell Soup Co.: Common (Y) | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Colgate-Palmolive Co.: Common (Y) | | | | | | | | | |
| 36. General Electric Co.: Common (Y) | | | | | | | | | |
| 37. The Goodyear Tire & Rubber Co.: Common (Y) | | | | | | | | | |
| 38. IBM Corp.: Common (Y) | | | | | | | | | |
| 39. Exxon-Mobil Corp.: Common (Y) | | | | | | | | | |
| 40. Kinder Morgan (Y) | | | | | | | | | |
| 41. Pfizer Co.: Common (Y) | | | | | | | | | |
| 42. Marathon Group: Common (Y) | | | | | | | | | |
| 43. Marathon Petroleum: Common (Y) | | | | | | | | | |
| 44. Monsanto: Common (Y) | | | | | | | | | |
| 45. Chevron Corporation: Common (Y) | | | | | | | | | |
| 46. Weyerhauser Co.: Common (Y) | | | | | | | | | |
| 47. US Steel Group: Common (Y) | | | | | | | | | |
| 48. Allstate: Common (Y) | | | | | | | | | |
| 49. Discover Financial Services: Common (Y) | | | | | | | | | |
| 50. Federal Signal Corp: Common (Y) | | | | | | | | | |
| 51. Halliburton Co.: Common (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley: Common (Y) | | | | | | | | | |
| 53. 21st Century Fox: Common (Y) | | | | | | | | | |
| 54. Royal Dutch Shell: Common (Y) | | | | | | | | | |
| 55. Schlumberger Ltd.: Common (Y) | | | | | | | | | |
| 56. Transocean Inc.: Common (Y) | | | | | | | | | |
| 57. Valhi Inc.: Common (Y) | | | | | | | | | |
| 58. Total S.A.: Common (Y) | | | | | | | | | |
| 59. Wells Fargo Bank Account (Y) | | | | | | | | | |
| 60. First Citizens Bank Account (Y) | | | | | | | | | |
| 61. NBSC Money Market Account (Y) | | | | | | | | | |
| 62. BB&T Money Market Account (Y) | | | | | | | | | |
| 63. South State Bank Account (Y) | | | | | | | | | |
| 64. TD Bank Money Market Account (Y) | | | | | | | | | |
| 65. Minnesota Mutual Whole Life Insurance Policy (Y) | | | | | | | | | |
| 66. John Hancock Whole Life Insurance Policy (Y) | | | | | | | | | |
| 67. Merrill Lynch SEP Contains: | | | | | | | | | |
| 68. **Merrill Lynch SEP Cash Accounts | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Henderson, Karen L.** | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. **Chevron Corp.: Common | D | Dividend | M | T | | | | | |
| 70. Wells Fargo Bank Trust Contains (Y): | | | | | | | | | |
| 71. **Wells Fargo Cash Accounts (Y) | | | | | | | | | |
| 72. **American Century Tax Free Bond (Y) | | | | | | | | | |
| 73. **AQR Managed Futures (Y) | | | | | | | | | |
| 74. **Artisan Mid Cap Fund (Y) | | | | | | | | | |
| 75. **ASG Global Alternatives (Y) | | | | | | | | | |
| 76. **Credit Suisse Commodity (Y) | | | | | | | | | |
| 77. **Dodge & Cox International Stock Fund (Y) | | | | | | | | | |
| 78. **Dreyfus Tax Exempt (Y) | | | | | | | | | |
| 79. **Eaton Vance Global (Y) | | | | | | | | | |
| 80. **Fidelity Emerging Markets (Y) | | | | | | | | | |
| 81. **Harbor Capital Appreciation Fund (Y) | | | | | | | | | |
| 82. **JP Morgan Mid Cap Value Fund (Y) | | | | | | | | | |
| 83. **The Merger Fund Class International (Y) | | | | | | | | | |
| 84. **MFS Value Fund (Y) | | | | | | | | | |
| 85. **Neuberger Bennan Long Short Fund (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. **Nuveen High Yield Muni Fund (Y) | | | | | | | | | |
| 87. **Nuveen International Duration Fund (Y) | | | | | | | | | |
| 88. **Nuveen Limited Term Muni Fund (Y) | | | | | | | | | |
| 89. **Oppenheimer Developing Markets Fund (Y) | | | | | | | | | |
| 90. **SPDR DJ Wilshire International (Y) | | | | | | | | | |
| 91. **T Rowe Price Insitutional Float Fund (Y) | | | | | | | | | |
| 92. **Vanguard REIT Viper Fund (Y) | | | | | | | | | |
| 93. **American Century Small Cap Growth Fund (Y) | | | | | | | | | |
| 94. **Artisan International Fund (Y) | | | | | | | | | |
| 95. **Blackrock Global Long/Short Credit Fund (Y) | | | | | | | | | |
| 96. **Sterling Stratton Small Cap Value Fund (Y) | | | | | | | | | |
| 97. **T Rowe Price Real Estate Fund (Y) | | | | | | | | | |
| 98. **Federated Government Obligations (Y) | | | | | | | | | |
| 99. **Investco Balanced Risk Commodity Strategy (Y) | | | | | | | | | |
| 100. **JP Morgan High Yield Fund (Y) | | | | | | | | | |
| 101. **PIMCO Commodity Real Ret Strategy Fund (Y) | | | | | | | | | |
| 102. Wells Fargo Brokerage Account Contains: (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. **Wells Fargo Cash Accounts (Y) | | | | | | | | | |
| 104. **US Treasury Bill Due 1/05/2017 (Y) | | | | | | | | | |
| 105. AT&T Stock (Y) | | | | | | | | | |
| 106. Newscorp Stock (Y) | | | | | | | | | |
| 107. Ahold Delhaize (Y) | | | | | | | | | |
| 108. Regions Bank (Y) | | | | | | | | | |
| 109. Estate      .: | | | | | | | | | |
| 110. *First Citizens Bank Account (X) | | None | N | T | | | | | |
| 111. *First Citizens Estate Account: (X) | | | | | | | | | |
| 112. **First Citizens Cash Accounts (X) | D | Interest | L | T | | | | | |
| 113. **Ally Bank Sandy Utah CD (X) | | None | M | T | | | | | |
| 114. **American Express National Bank CD (X) | | None | M | T | | | | | |
| 115. **BMW Bank North America CD (X) | | None | M | T | | | | | |
| 116. **Bank Hope Los Angeles CD (X) | B | Interest | M | T | | | | | |
| 117. **Bank of the West CD (X) | | None | M | T | | | | | |
| 118. **Citibank NA Protected Market CD (X) | B | Interest | M | T | | | | | |
| 119. **Discover Bank CD (X) | | None | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. **Goldman Sachs Bank CD (X) | | None | M | T | | | | | |
| 121. **HSBC Bank CD (X) | B | Interest | M | T | | | | | |
| 122. **Iberia Bank CD (X) | | None | M | T | | | | | |
| 123. **JP Morgan Chase Bank CD (X) | B | Interest | M | T | | | | | |
| 124. **Morgan Stanley Bank CD (X) | | None | M | T | | | | | |
| 125. **MUFG Un Bank CD (X) | | None | M | T | | | | | |
| 126. **Sallie Mae Bank CD (X) | | None | M | T | | | | | |
| 127. **Wells Fargo Bank CD (X) | B | Interest | M | T | | | | | |
| 128. **Transocean Ltd: Common (X) | | None | J | T | | | | | |
| 129. **AT&T, Inc.: Common (X) | A | Dividend | J | T | | | | | |
| 130. **Allstate Corp: Common (X) | A | Dividend | K | T | | | | | |
| 131. **Bank of Amercia Corp: Common (X) | D | Dividend | O | T | | | | | |
| 132. **Boeing Co.: Common - (X) | E | Dividend | P1 | T | | | | | |
| 133. **Campbell Soup Co.: Common (X) | C | Dividend | M | T | | | | | |
| 134. **Cheveron Corp.: Common (X) | D | Dividend | N | T | | | | | |
| 135. **Colgate Palmolive Co: Common (X) | E | Dividend | P1 | T | | | | | |
| 136. **Discover Financial Services: Common (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. **Exxon Mobil Corp: Common (X) | D | Dividend | N | T | Sold<br>(part) | 08/17/18 | J | A | |
| 138. **Federal Signal Corp: Common (X) | A | Dividend | L | T | | | | | |
| 139. **General Electric Co: Common (X) | A | Dividend | N | T | | | | | |
| 140. **Goodyear Tire & Rubber Co: Common (X) | A | Dividend | K | T | Sold<br>(part) | 08/17/18 | J | A | |
| 141. **Halliburton Co: Common (X) | A | Dividend | K | T | | | | | |
| 142. **International Business Machines Corp: Common (X) | D | Dividend | M | T | | | | | |
| 143. **Kinder Morgan Inc.: Common | B | Distribution | K | T | | | | | |
| 144. **Koninkluke Ahold NV: Common (X) | | None | K | T | | | | | |
| 145. **Marathon Oil Corp: Common (X) | A | Dividend | L | T | | | | | |
| 146. **Marathon Pete Corp: Common (X) | C | Dividend | N | T | | | | | |
| 147. **Morgan Stanley: Common (X) | A | Dividend | K | T | | | | | |
| 148. **News Corp: Common (X) | A | Dividend | J | T | | | | | |
| 149. **Pfizer Inc.: Common (X) | D | Dividend | N | T | | | | | |
| 150. **Royal Dutch Shell: Common (X) | D | Dividend | O | T | | | | | |
| 151. **Schlumberger Ltd.: Common (X) | B | Dividend | M | T | | | | | |
| 152. **Stanley Black & Decker Inc.: Common (X) | A | Dividend | L | T | | | | | |
| 153. **Total SA: Common (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Henderson, Karen L.** | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  **Tweny-First Century Fox, Inc.: Common (X) | A | Dividend | J | T | | | | | |
| 155.  **United STS Steel Corp: Common (X) | A | Dividend | J | T | | | | | |
| 156.  **Valhi Inc.: Common (X) | A | Dividend | J | T | | | | | |
| 157.  **Weyerhaeuser Co.: Common (X) | A | Dividend | L | T | | | | | |
| 158.  *Wells Fargo Trust Account (X): | | | | | | | | | |
| 159.  **Wells Fargo Money Market (X) | E | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Henderson, Karen L.** | 07/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Judge Henderson's husband passed away in April 2018. All assets previously owned by Dr. Henderson have been indicated with a (Y) as a non-reportable asset for 2018. Those assets that have been moved into his estate during 2018 have been reported on the disclosure report and included as a reportable asset and indicated with (X).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544